USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
LIBRA MAX,

                       Plaintiff,

       -against-

                                   22-CV-5070 (VEC)

BARBARA H. URBACH LISSNER,            ORDER

                     Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared for an Initial Pre-Trial Conference on August 26, 2022;

    IT IS HEREBY ORDERED that, for the reasons stated at the conference, Defendant's motion to seal at docket entry 12 is DENIED.  Defendant must re-file her motion to dismiss, Dkts. 14–17 & 32–33, on the public docket.

    IT IS FURTHER ORDERED that, if Defendant believes that particular documents filed with the motion to dismiss should remain under seal and that sealing would be permissible pursuant to *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), Defendant must make an appropriate letter-motion to seal those documents by no later than **September 2, 2022**; Plaintiff's response, if any, will be due **September 9, 2022**.

    IT IS FURTHER ORDERED that discovery in this case is STAYED pending a resolution on Defendant's motion to dismiss.  The Clerk of Court is respectfully directed to terminate the open motion at docket entry 12.

**SO ORDERED.**

Date:  August 26, 2022
         New York, New York

                                                                   VALERIE CAPRONI
                                                                 United States District Judge