```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
LIBRA MAX,                                                     :
                                                               :
                              Plaintiff,                       :
                -against-                                      :
                                                               :   22-CV-5070 (VEC)
                                                               :
BARBARA H. URBACH LISSNER,                                     :   ORDER
                                                               :
                                                               :
                              Defendant.                       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 3, 2023, the Court granted Defendant's motion to dismiss Plaintiff's complaint and gave Plaintiff a deadline of March 17, 2023, to file a motion for leave to amend the complaint, *see* Dkt. 45; and

      WHEREAS Plaintiff has not sought leave to amend the complaint.

      IT IS HEREBY ORDERED that this case is DISMISSED with prejudice and without costs. The Clerk of Court is respectfully directed to terminate all open motions and deadlines and to CLOSE this case.

**SO ORDERED.**

**Date:  March 20, 2023**                                    *Valerie Caproni* (signature)
       **New York, New York**                            **VALERIE CAPRONI**
                                       **United States District Judge**