UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
LIBRA MAX, : Case No. 22-cv-5070 (VEC)
:
Plaintiff, : **NOTICE OF APPEAL**
:
vs. :
:
BARBARA H. URBACH LISSNER, :
:
Defendant. :
:
-------------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that Plaintiff Libra Max, by and through her attorneys Schlam Stone & Dolan LLP, hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's Order (Hon. Valerie Caproni), dated March 3, 2023 (Dkt. No. 45), attached hereto as Exhibit A, and each and every part thereof.

Dated: March 31, 2023
      New York, New York

                                       **SCHLAM STONE & DOLAN LLP**

                           By:    /s/ Jeffrey M. Eilender
                                    Jeffrey M. Eilender
                                    Jolene F. LaVigne-Albert
                                    26 Broadway
                                    New York, NY 10004
                                    (212) 344-5400
                                    jeilender@schlamstone.com
                                    jlavigne-albert@schlamstone.com

                                    *Counsel for Plaintiff*