22-cv-5070(VEC)

**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of June, two thousand twenty-three,

_____

Libra Max,

        Plaintiff - Appellant,

v.

Barbara H. Urbach Lissner,

        Defendant - Appellee.

_____

**ORDER**
Docket Number: 23-481



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 06 2023

    A notice of appeal was filed on March 31, 2023. Appellant's brief and any required appendix, due June 2, 2023, has not been filed. The case is deemed in default.

    IT IS HEREBY ORDERED that the appeal is dismissed effective June 20, 2023 if the brief and any required appendix are not filed by that date. No extension of time to file will be granted.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/05/2023